AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

SEDRICK BOONE
  *individually, and on behalf of*
  *all others similarly situated*

     Plaintiff(s)
        v.                                            **Civil Action No. 1:17-cv-333**

COAST TO COAST FINANCIAL
  SOLUTIONS, INC.
     Defendant(s)

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s), _____ recover from the Defendant(s) _____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

☒ Other: This case is DISMISSED WITHOUT PREJUDICE. _____

This action was (*check one*):

☐ tried to a jury with Judge _____
presiding, and the jury has rendered a verdict.

☐ tried by Judge _____
without a jury and the above decision was reached.

☒ decided by Chief Judge Theresa L. Springmann

DATE:   June 13, 2018                         ROBERT TRGOVICH, CLERK OF COURT
                                                      by   /s/Jason Schrader
                                                          *Signature of Clerk or Deputy Clerk*